GUARANTEE ABSTRACT COMPANY, A CORPORATION; BANK OF SARASOTA, E. P. JACKSON, AS LIQUIDATOR OF BANK OF SARASOTA, AND M. A. SMITH, AS SUCCESSOR LIQUIDATOR OF BANK OF SARASOTA, PLAINTIFFS-RESPONDENTS, *v.* C. C. RANDOLPH, SR., DEFENDANT-APPELLANT.

Argued May 21, 1934—Decided May 24, 1934.

For the defendant-appellant, *William G. De Meza* (*Winfield S. Angleman*).

For the plaintiffs-respondents, *King & Vogt* (*Harold A. Price*).

PER CURIAM.

The full faith and credit clause of the federal constitution (article 4, section 1) required the action taken in the court below. *McKnett* v. *St. Louis and Santa Fe Railway Co.*, 54 *Sup. Ct.* 690.

The judgment is affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, DEAR, WELLS, JJ. 13.

*For reversal*—None.